1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

5

6  **Attorney for JAVIS JENKINS**

7
                    **UNITED STATES DISTRICT COURT**
8
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10

11 JAVIS JENKINS,                          **CASE NO.:   2:16-CV-01137-CMK**

12              Plaintiff,

13                                         STIPULATION AND ORDER EXTENDING
   vs.                                     TIME TO FILE AND SERVE MOTION
14
   COMMISSIONER OF SOCIAL SECURITY,
15
                Defendant
16

17       IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the

19 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

20 extended to the new filing date of  December 7, 2016.  The extension is needed due to press of

21 business in plaintiff's attorney's office.

22

23

24

25

26

27

28
   STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.

Dated: 11/4/2016    /s/ *Peter Brixie*
PETER BRIXIE
Attorney at Law
Attorney for Plaintiff

Dated: 11/4/2016    /s/Roya Massoumi
ROYA MASSOUMI
Special Assistant U. S. Attorney
Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated: November 22, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION