1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

5

6  **Attorney for JAVIS JENKINS**

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

11 | JAVIS JENKINS,                          | CASE NO.:   2:16-CV-01137-CMK |
12 |         Plaintiff,                      |                               |
13 | vs.                                     | STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |
14 |                                         |                               |
15 | COMMISSIONER OF SOCIAL SECURITY,        |                               |
16 |         Defendant                       |                               |

17       IT IS HEREBY STIPULATED by and between the parties, through their respective
18 undersigned attorneys, and with the permission of the Court as evidenced below, that the
19 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby
20 extended to the new filing date of January 9, 2017. In addition to four motion summary
21 judgments I had fifteen hearings last month and eleven hearings this month. I request this
22 extension is needed due to press of business in plaintiff's attorney's office.

23

24

25

26

27

28
   STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1  This is the 2nd request for extension by plaintiff.

2

3  Dated: 12/05/2016                    /s/ *Peter Brixie*
                                         PETER BRIXIE
4                                        Attorney at Law
                                         Attorney for Plaintiff
5

6

7  Dated: 12/05/2016                    /s/Roya Massoumi
                                         ROYA MASSOUMI
                                         Special Assistant U. S. Attorney
8                                        Attorney for Defendant

9

10                            __ooo__

11                      APPROVED AND SO ORDERED

12

13     Dated:  December 9, 2016
                                         _____
14                                       CRAIG M. KELLISON
                                         UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION