PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8957
Facsimile: (415) 744-0134
E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAVIS JENKINS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:16-CV-01137-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 26, 2017, to February 27, 2017 due to current workload demands.  This is Defendant's first request for extension.  Good cause exists as counsel for Defendant has four other pending responses due this week.  Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research and analyze the issues presented by Plaintiff.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.

Joint Stipulation and PO for Extension of Time ; 2:16-CV-01137-CMK

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 26, 2017          /s/ *Peter Brixie
                                 (*as authorized by email on January 26, 2017)
                                 PETER BRIXIE
                                 Attorney for Plaintiff

Dated: January 26, 2017          PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                         By      /s/ Roya Massoumi
                                 Roya Massoumi
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

                                 Of Counsel:
                                 TINA L. NAICKER
                                 Assistant Regional Counsel
                                 Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: January 26, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and PO for Extension of Time ; 2:16-CV-01137-CMK

2