PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JAVIS JENKINS,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:16-CV-01137-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from February 27, 2017, to **March 27, 2017** due to current workload demands.  This is Defendant's second request for extension.  Good cause exists as counsel for Defendant has a 9th Circuit brief due the same week to the United States Attorneys' Office.  In addition, counsel has two other briefs due on the same date as the current deadline.  Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research and analyze the issues presented by Plaintiff.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  Defendant will diligently meet the new deadline.

Joint Stipulation and PO for Extension of Time ; 2:16-CV-01137-CMK

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 23, 2017         /s/ *Peter Brixie
                                 (*as authorized by email on February 23, 2017)
                                 PETER BRIXIE
                                 Attorney for Plaintiff

Dated:  February 23, 2017        PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                         By      /s/  Tina L. Naicker
                                 TINA L. NAICKER
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

.

**ORDER**

APPROVED AND SO ORDERED:

Dated:  March 1, 2017
                                 _____
                                 CRAIG M. KELLISON
                                 UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and PO for Extension of Time ; 2:16-CV-01137-CMK

2